# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOCELYN Y. DIAZ,**

    **Plaintiff,**

**v.**                                                               **Case No: 6:14-cv-1338-Orl-31TBS**

**THE FIRST MARBLEHEAD CORPORATION, NATIONAL COLLEGIATE TRUST and PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, INC.,**

    **Defendants.**

## ORDER

This matter is before the Court on Defendant Pennsylvania Higher Education Assistance Agency, Inc., d/b/a American Education Services' ("AES") Motion for Attorneys' Fees. (Doc. 17). On November 3, 2014, Magistrate Judge Smith issued a Report and Recommendation finding that that Plaintiff Jocelyn Diaz's ("Plaintiff") claim against AES was filed in bad faith and for purposes of harassment, and recommending that this Court impose sanctions. (Doc. 19). Plaintiff filed an objection to the Report and Recommendation on November 17, 2014 (Doc. 20).

Upon de novo review, the Court concludes that Magistrate Judge Smith's analysis of the law is correct. The Court finds that Plaintiff's claim was brought in bad faith and for the purpose of harassment. Consequently, the Court will assess reasonable attorneys' fees and cost against Plaintiff pursuant to 15 U.S.C. § 1692(a)(3). Accordingly, it is

    **ORDERED** that

1. Plaintiff's objection to the Report and Recommendation (Doc. 20) is **OVERRULED** and the Report is **AFFRIMED** and **ADOPTED** as part of this Order.

2. Defendant Pennsylvania Higher Education Assistance Agency, Inc., d/b/a American Education Services Motion for Attorney's Fees (Doc. 17) is **GRANTED**.

3. The Clerk is directed to enter judgment for Defendant Pennsylvania Higher Education Assistance Agency, Inc., d/b/a American Education Services and against the Plaintiff, in the amount of $5,068.00.

4. Attorney N. James Turner shall **show cause** as to why sanctions should not be imposed against him pursuant to Fed.R.Civ.P. 11 within **15 days** from the entry of this Order.

**DONE** and **ORDERED** in Orlando, Florida on December 18, 2014.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties